**Source:** Vehicle Detail
**Vin:** 6G3F15RW2FL113731
**Body Type:** SEDAN 4D 5P
**Series:** BASE
**Primary Color:** BLACK
**Vehicle Type:** PASSENGER CAR
**License Plate:** 1KTG03
**License Plate State:** MI
**Renewal Date:** 05/14/2016
**Expiration Date:** 05/14/2017
**Year:** 2015
**Make/Model:** CHEVROLET SS

## Owners

**REGISTRANT :** MCGHEE, LAMONT JAMES
**License Plate Registration:** 06/12/2015
**License Plate Expiration:** 05/14/2017
**License Plate Renewal Date:** 05/14/2016

**Mailing Address:**
16124 VERONICA AVE
EASTPOINTE, MI 48021-3642
MACOMB COUNTY

**License Plate:** 1KTG03
**License Plate State:** MI
**License Plate Type:** PRIVATE
**Previous License Plate:** 1KTG03
**Previous License Plate State:** MI

## Owner History

**Title Transfer Date:** UNKNOWN
**REGISTRANT:** MCGHEE, LAMONT JAMES

**Mailing Address:**
16124 VERONICA AVE
EASTPOINTE, MI 48021-3642
MACOMB

**License Plate Expiration:** 05/14/2016
**License Plate Renewal:** 06/12/2015
**License Plate:** 1KTG03
**License Plate State:** MI
**License Plate Type:** PRIVATE

**Title Transfer Date:** 06/15/2015
**LIEN HOLDER:** TD AUTO FINANCE

**Mailing Address:**
PO BOX 997551
SACRAMENTO, CA 95899-7551
YOLO

**Title Transfer Date:** 06/15/2015
**OWNER:** MCGHEE, LAMONT JAMES

**Mailing Address:**
16124 VERONICA AVE
EASTPOINTE, MI 48021-3642
MACOMB